# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-08-4447-R                               **DATE: NOV. 14, 2008**

**TITLE:** ANOOSHAVEN SARKISIAN etc et al -V- IN REM "NOTICE OF LIEN" BY COUNTRYWIDE HOME LOANS et al

===================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                       Not present

**PROCEEDINGS:**   ORDER TO SHOW CAUSE RE DISMISSAL


THIS MATTER IS SET ON CALENDAR FOR HEARING ON DEC. 1, 2008 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION. PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN AUTOMATIC DISMISSAL OF THE ACTION.


cc: counsel of record


**MINUTES FORM II**                                                           Initials of Deputy Clerk __WH___
**CIVIL - GEN**                              D-M